IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PODGORNY,<br><br>   Plaintiff,<br><br> vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>   Defendant._____/ | No. C 04-5279 MEJ<br><br>**ORDER SETTING BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION TO ALTER OR AMEND** |

  Before the Court is plaintiff Victor Podgorny's Motion to Alter or Amend Pursuant to Federal Rule of Civil Procedure 59(e). IT IS HEREBY ORDERED that Defendant shall file any opposition to Plaintiff's motion by August 25, 2005, and Plaintiff shall file any reply by September 1, 2005.

  **IT IS SO ORDERED.**

Dated: August 10, 2005

                      _____
                      MARIA-ELENA JAMES
                      United States Magistrate Judge