IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PODGORNY,<br><br>    Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>    Defendant._____/ | No. C 04-5279 MEJ<br><br>**ORDER FOR PLAINTIFF TO FILE DECLARATION RE: CONTINGENCY FEE AGREEMENT** |

Pending before the Court is Plaintiff's counsel's petition for attorney's fees. (Dkt. #39.) As the basis for counsel's request is a contingency agreement between Plaintiff and his counsel, the Court requests that counsel provide a declaration from Plaintiff attesting that he understands the agreement and the amount of fees requested under the agreement, and that he has no objection to the request. The Court ORDERS Plaintiff to file his declaration by November 13, 2008.

**IT IS SO ORDERED.**

Dated: November 6, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge